UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0411 MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ARA SARGSYAN, | |
| Defendant. _____/ | |
| UNITED STATES OF AMERICA, | No. CR-S-05-0412 GEB |
| Plaintiff, | |
| v. | |
| EDUARD GHAZARYAN, | |
| Defendant. _____/ | |

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1

1  Accordingly, the assignment of the matters to the same judge is
2  likely to effect a substantial savings of judicial effort and is
3  also likely to be convenient for the parties.
4      The parties should be aware that relating the cases under
5  Local Rule 83-123 merely has the result that both actions are
6  assigned to the same judge; no consolidation of the action is
7  effected.  Under the regular practice of this court, related
8  cases are generally assigned to the district judge and magistrate
9  judge to whom the first filed action was assigned.
10     IT IS THEREFORE ORDERED that the action denominated
11 CR-S-05-0412 GEB, United States of America v. Eduard Ghazaryan,
12 is reassigned to Judge Morrison C. England, Jr.  for all further
13 proceedings, and any dates currently set in this reassigned case
14 only is hereby VACATED.  Henceforth, the caption on documents
15 filed in the reassigned case shall be shown as CR-S-05-0412 MCE.
16     IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of criminal cases to
18 compensate for this reassignment.
19     IT IS SO ORDERED.
20 DATED: October 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE