McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S. 05-00411 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO SET ARRAIGNMENT AND EXCLUDE TIME** |
| v. | ) | |
| | ) | DATE:  November 15, 2005 |
| ARA SARGSYAN, | ) | TIME:  2:00 p.m. |
| | ) | COURT: Hon. Dale A. Drozd |
| Defendant. | ) | |
| | ) | |

THE PARTIES HEREBY STIPULATE AND AGREE, through their undersigned counsel, that the date of Defendant's arraignment should be set for November 15, 2005, at 2:00 p.m., before the Honorable Dale A. Drozd.  Defendant made his initial appearance in the United States District Court for the Central District of California on October 26, 2005.

FURTHER, Defendant, through his undersigned counsel, moves to exclude time, from October 27, 2005 through and including November 15, 2005, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii), (iv) and Local Codes T2 and T4, due to the complexity of the case and defense counsel's need for reasonable time to prepare.  The above-captioned case alleges health care fraud with respect to the supply of prescription drugs and involves the sale of a pharmacy. The discovery in the case consists of thousands of

1

1  pages of Medi-Cal and bank records, which the Defendant seeks to

2  preliminarily review prior to arraignment.  The Government does

3  not oppose this motion.  The parties believe good cause has been

4  shown to extend time, taking into consideration the public

5  interest in the prompt disposition of criminal cases.

6  DATED: October 27, 2005

                                    Respectfully submitted,

7
                                    McGREGOR W. SCOTT
8                                   United States Attorney

9                          By:  /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
10                              Assistant U.S. Attorney

11
                           By:  /s/ Akop Baltayan
12                              Per telephonic authority
                                AKOP BALTAYAN
13                              1525 Cleveland Road
                                Glendale, CA 91202
14                              (626) 372-0399 tel
                                (818) 246-6979 fax
15
                                Attorney for Defendant
16                              Ara Sargsyan

17
                        **O R D E R**
18

19      The arraignment in the above-captioned matter is set for

20  November 15, 2005, at 2:00 p.m.  Time is hereby excluded under

21  the Speedy Trial Act from October 26, 2005 through and including

22  November 15, 2005 for the reasons provided above and by agreement

23  of the parties.

24      IT IS SO ORDERED.

25  DATED: October 27, 2005.

26

27
                                    _____
   Ddad1/orders.criminal/          DALE A. DROZD
28 sargsyan0411.stipord            UNITED STATES MAGISTRATE JUDGE

                               2