```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR. NO. 2:05-cr-0411 MCE |
| ) | |
| Plaintiff,    ) | |
| ) | STIPULATION; ORDER |
| ) | |
| ARA SARGSYAN,                   ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for September 5, 2006, be vacated.  The parties further stipulate that a status conference be placed on the court's December 5, 2006, calendar.

    The parties are involved in efforts to negotiate a disposition in this case.  The issues are complex.  As Mr. Melikian just recently "inherited" this case from a colleague, and as he still is familiarizing himself with the facts and the issues, negotiations are proceeding slowly.  Further, in consideration of Mr. Baltayan's busy schedule, the parties request that a status conference be scheduled for December 5th.

    For these reasons, the parties request that a status conference in this case be scheduled for December 5, 2006.  The parties further agree that time should be excluded through December 5, 2006, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: August 18, 2006          Very truly yours,

                                McGREGOR W. SCOTT
                                United States Attorney


                            By: /s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney

DATED: August 18, 2006          /s/ Kenneth J. Melikian
                                AKOP BALTAYAN
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by Collin L.
                                 Cooper)


    IT IS SO ORDERED.

DATED: August 23, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

2