McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0411-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| ARA SARGSYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for December 5, 2006, be vacated.  The parties further stipulate that a status conference be placed on the court's January 23, 2007, calendar.

   The parties are involved in efforts to negotiate a disposition in this case.  The issues are complex.  As Mr. Melikian recently "inherited" this case from a colleague, he is still in the process of familiarizing himself with the facts and the issues.  As such, the negotiations are proceeding slowly.  Further, in consideration of  Mr. Baltayan's busy schedule, the parties request that a status conference be scheduled for January 23rd.

1

1    For these reasons, the parties request that a status
2 conference in this case be scheduled for January 23, 2007.  The
3 parties further agree that time should be excluded through
4 January 23, 2007, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 to allow defense counsel to prepare his case.

7 DATED: November 27, 2006          Very truly yours,

8                                   McGREGOR W. SCOTT
                                    United States Attorney
9
                                    /s/ Kenneth J. Melikian
10
                                    By
11                                     KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
12

13 DATED: November 27, 2006          /s/ Kenneth J. Melikian
                                    AKOP BALTAYAN
14                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
15                                   per authorization by Akop
                                     Baltayan)
16

17

18    IT IS SO ORDERED.

19 DATED: December 1, 2006

20

21

22                                  _____
                                    MORRISON C. ENGLAND, JR
23                                  UNITED STATES DISTRICT JUDGE