```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-cr-0411-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| ARA SARGSYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for January 23, 2007, be vacated. The parties further stipulate that a status conference be placed on the court's March 6, 2007, calendar.

The parties are involved in efforts to negotiate a disposition in this case. The issues are complex. As Mr. Melikian recently "inherited" this case from a colleague, he is still in the process of familiarizing himself with the facts and the issues. And, he is also conducting further investigation regarding issues which have been raised by the defense. As such, the negotiations are proceeding slowly.

1    For these reasons, the parties request that a status
2 conference in this case be scheduled for March 6, 2007.  The
3 parties further agree that time should be excluded through
4 March 6, 2007, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 to allow defense counsel to prepare his case.

7 DATED: January 19, 2007           Very truly yours,

8                                   McGREGOR W. SCOTT
                                    United States Attorney
9
                                    /s/ Kenneth J. Melikian
10
                                    By
11                                     KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
12

13 DATED: January 19, 2007           /s/ Kenneth J. Melikian
                                    AKOP BALTAYAN
14                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
15                                   per authorization by Akop
                                     Baltayan)
16

17

18      IT IS SO ORDERED.

19

20  Dated: January 22, 2007

21

22                                  _____
                                    MORRISON C. ENGLAND, JR.
23                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2