```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. 2:05-cr-00411-MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13                               )
    ARA SARGSYAN,                )
14                               )
                Defendant.       )
15  _____)
```

16    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At
17 Law, and the United States of America, through Assistant U.S.
18 Attorney Kenneth J. Melikian, agree that the status conference
19 scheduled for March 6, 2007, be vacated. The parties further
20 stipulate that a status conference be placed on the court's
21 March 13, 2007, calendar.

22    The parties are still involved in an effort to negotiate a
23 disposition in this case. The government needs the requested
24 extra week to finish its investigation of matters raised by the
25 defense before these negotiations can be concluded.

26    For these reasons, the parties request that a status
27 conference in this case be scheduled for March 13, 2007. The
28 parties further agree that time should be excluded through

1

1 | March 13, 2007, from computation under the Speedy Trial Act
2 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3 | to allow defense counsel to prepare his case.
4 | DATED: March 2, 2007           Very truly yours,
5 |                                McGREGOR W. SCOTT
6 |                                United States Attorney
7 |
8 |                           By:/s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney
9 |
10 | DATED: March 2, 2007           /s/ Kenneth J. Melikian
                                    AKOP BALTAYAN
11 |                                Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
12 |                                 per authorization by Akop
                                     Baltayan)
13 |
14 |
15 |      IT IS SO ORDERED.
16 |
17 |  Dated: March 7, 2007
18 |
19 |                              _____
                                   MORRISON C. ENGLAND, JR.
20 |                               UNITED STATES DISTRICT JUDGE

2