McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CR. NO. 2:05-cr-00411-MCE |
|                                     ) | |
|             Plaintiff,              ) | |
|                                     ) | STIPULATION; ORDER |
|                                     ) | |
| ARA SARGSYAN,                       ) | |
|                                     ) | |
|             Defendant.              ) | |
| _____) | |

Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for March 13, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's April 10, 2007, calendar.

The parties are still involved in an effort to negotiate a disposition in this case.  Because the prosecutor must direct his attention to preparation for a lengthy trial which will begin on March 20th, he needs the requested extra time to finish his investigation of matters raised by the defense before these negotiations can be concluded.

1

    For these reasons, the parties request that a status conference in this case be scheduled for April 10, 2007. The parties further agree that time should be excluded through April 10, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: March 12, 2007        Very truly yours,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                              By:/s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney

DATED: March 12, 2007        /s/ Kenneth J. Melikian
                                  AKOP BALTAYAN
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per authorization by Akop
                                   Baltayan)

    IT IS SO ORDERED.

Dated: March 19, 2007

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE