McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:05-cr-00411-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| ARA SARGSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for April 10, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's June 7, 2007, calendar.

    The parties are still involved in an effort to negotiate a disposition in this complicated case.  Because the prosecutor has had to direct his attention to preparation for a lengthy trial which began on April 3rd, he needs the requested extra time to finish his investigation of matters raised by the defense before these negotiations can be concluded.

///

For these reasons, the parties request that a status conference in this case be scheduled for June 7, 2007.  The parties further agree that time should be excluded through June 7, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: April 5, 2007            Very truly yours,

                                McGREGOR W. SCOTT
                                United States Attorney


                             By:/s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney


DATED: April 5, 2007            /s/ Kenneth J. Melikian
                                AKOP BALTAYAN
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by Akop
                                 Baltayan)


   IT IS SO ORDERED.

    The status conference scheduled for April 10, 2007, is vacated and reset for June 7, 2007, at 09:00 a.m.

 Dated: April 12, 2007

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE