```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )  | NO. 2:05-cr-00411-MCE |
|                 Plaintiff,    )  | STIPULATION AND ORDER |
| v.                               )  | |
| ARA SARGSYAN,                    )  | |
|                 Defendant.   )  | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for June 7, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's June 14, 2007, calendar.

    It appears that defense counsel will be unavailable to appear in Sacramento on June 7, 2007 in that he is scheduled to be in trial in Southern California.  Additionally, the prosecutor's schedule is much better accommodated by a status conference on June 14, 2007 rather than June 7, 2007.

///

1

1  For these reasons, the parties request that a status
2 conference in this case be scheduled for June 14, 2007.  The
3 parties further agree that time should be excluded through
4 June 14, 2007, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 to allow continuity of defense counsel, and in order to allow
7 defense counsel to prepare his case.

8 DATED: May 25, 2007                    Very truly yours,

9                                         McGREGOR W. SCOTT
                                          United States Attorney
10

11
                                         By:/s/ Kenneth J. Melikian
12                                          KENNETH J. MELIKIAN
                                            Assistant U.S. Attorney
13

14 DATED: May 25, 2007                    /s/ Kenneth J. Melikian
                                          AKOP BALTAYAN
15                                        Attorney for Defendant
                                          (Signed by Kenneth J. Melikian
16                                         per authorization by Akop
                                           Baltayan)
17

18

19      IT IS SO ORDERED.

20  Dated: May 29, 2007

21

22                                        _____
                                          MORRISON C. ENGLAND, JR.
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2