```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. 2:05-cr-00411-MCE
                                 )
12                 Plaintiff,    )
                                 )  STIPULATION; ORDER
13                               )
    ARA SARGSYAN,                )
14                               )
                   Defendant.    )
15  _____)
```

16       Defendant Ara Sargsyan, through Akop Baltayan, Attorney At
17  Law, and the United States of America, through Assistant U.S.
18  Attorney Kenneth J. Melikian, agree that the status conference
19  scheduled for June 14, 2007, be vacated.  The parties further
20  stipulate that a status conference be placed on the court's
21  July 19, 2007, calendar.
22       It appears that defense counsel will be unavailable to
23  appear in Sacramento on June 14th in that he is engaged in trial
24  in Southern California.  Additionally, the prosecutor's schedule
25  is much better accommodated by a status conference on July 19th
26  rather than June 14th.
27  ///
28  ///

                                  1

1 | For these reasons, the parties request that a status
2 | conference in this case be scheduled for July 19, 2007.  The
3 | parties further agree that time should be excluded through
4 | July 19, 2007, from computation under the Speedy Trial Act
5 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 | to allow continuity of defense counsel, and in order to allow
7 | defense counsel to prepare his case.

DATED: June 12, 2007              Very truly yours,

                                            McGREGOR W. SCOTT
                                            United States Attorney


                                  By: /s/ Kenneth J. Melikian
                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney

DATED: June 12, 2007              /s/ Kenneth J. Melikian
                                            AKOP BALTAYAN
                                            Attorney for Defendant
                                            (Signed by Kenneth J. Melikian
                                             per authorization by Akop
                                             Baltayan)


    IT IS SO ORDERED.

 Dated: June 14, 2007

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE