McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:05-cr-00411-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| ARA SARGSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for July 19, 2007, be vacated. The parties further stipulate that a status conference be placed on the court's September 6, 2007, calendar.

The parties are still involved in an effort to negotiate a disposition in this case. The government needs the requested extra time to finish its investigation of matters raised by the defense before these negotiations can be concluded.

///

///

///

1

For these reasons, the parties request that a status conference in this case be scheduled for September 6, 2007. The parties further agree that time should be excluded through September 6, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: July 17, 2007                Very truly yours,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                              By: /s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney

DATED: July 17, 2007                /s/ Kenneth J. Melikian
                                    AKOP BALTAYAN
                                    Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
                                     per authorization by Akop
                                     Baltayan)

    IT IS SO ORDERED.

Dated: July 20, 2007

                                      MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE