```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. 2:05-cr-00411-MCE
                                 )
12                  Plaintiff,   )
                                 )
13       v.                      ) STIPULATION; ORDER
                                 )
14  ARA SARGSYAN,                )
                                 )
15                  Defendant.   )
    _____)
16
```

17    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At
18 Law, and the United States of America, through Assistant U.S.
19 Attorney Kenneth J. Melikian, agree that the status conference
20 scheduled for September 6, 2007, be vacated.  The parties further
21 stipulate that a status conference be placed on the court's
22 October 11, 2007, calendar.
23    Defense counsel has court appearances in Southern California
24 on September 6, 2007 which will prevent him from traveling to
25 Sacramento for the instant matter.  The first date mutually
26 agreeable to defense counsel's calendar, the government's
27 calendar, and the court's calendar, is October 11, 2007.
28 ///

1 | Additionally, the parties are still involved in an effort to
2 | negotiate a disposition in this case.  The government could use
3 | the requested extra time to finish its investigation of issues
4 | raised by the defense.
5 | For these reasons, the parties request that a status
6 | conference in this case be scheduled for October 11, 2007.
7 | The parties further agree that time should be excluded through
8 | October 11, 2007, from computation under the Speedy Trial Act
9 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
10 | to allow defense counsel to prepare his case.

DATED: August 22, 2007          Very truly yours,

                                McGREGOR W. SCOTT
                                United States Attorney

                             By:/s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney

DATED: August 22, 2007          /s/ Kenneth J. Melikian
                                AKOP BALTAYAN
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by Akop
                                 Baltayan)

     IT IS SO ORDERED.

 Dated: August 27, 2007

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE