```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-00411-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| ARA SARGSYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for October 11, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's November 1, 2007, calendar.

    The parties are still involved in an effort to negotiate a disposition in this case.  The government will use the requested extra time to finish its investigation of a number of issues raised by the defense.

///

///

1

1  For these reasons, the parties request that a status
2  conference in this case be scheduled for November 1, 2007.  The
3  parties further agree that time should be excluded through
4  November 1, 2007, from computation under the Speedy Trial Act
5  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6  to allow defense counsel to prepare his case.

7  DATED: October 5, 2007              Very truly yours,

8                                      McGREGOR W. SCOTT
                                       United States Attorney
9
                                       /s/ Kenneth J. Melikian
10
                                       By
11                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
12

13 DATED: October 5, 2007              /s/ Kenneth J. Melikian
                                       AKOP BALTAYAN
14                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
15                                      per authorization by Akop
                                        Baltayan)

18     IT IS SO ORDERED.

20  Dated: October 12, 2007

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE

2