McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-00411-MCE |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION; ORDER |
|  | ) |  |
| ARA SARGSYAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

   Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for November 1, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's December 6, 2007, calendar.

   The parties are still involved in an effort to negotiate a disposition in this case.  At the defendant's request, the government will use the extra time to attempt to finish its investigation of a number of issues raised by the defense.

///

///

///

1

For these reasons, the parties request that a status conference in this case be scheduled for December 6, 2007. The parties further agree that time should be excluded through December 6, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: October 30, 2007            Very truly yours,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                 By: /s/ Kenneth J. Melikian
                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney

DATED: October 30, 2007            /s/ Kenneth J. Melikian
                                        AKOP BALTAYAN
                                        Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
                                         per authorization by Akop
                                         Baltayan)

    IT IS SO ORDERED.

Dated: October 31, 2007

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE