```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-00411-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION; ORDER |
| ARA SARGSYAN, | ) | |
| Defendant. | ) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for December 6, 2007, be vacated. The parties further stipulate that a status conference be placed on the court's January 24, 2008, calendar.

    The parties are still involved in an effort to negotiate a disposition in this case. The government has been examining various matters at the request of the defense, but needs more time to complete this requested investigation.

///

///

1

For these reasons, the parties request that a status conference in this case be scheduled for January 24, 2008. The parties further agree that time should be excluded through January 24, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: December 4, 2008            Very truly yours,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    By:/s/ Kenneth J. Melikian
                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

DATED: December 4, 2008            /s/ Kenneth J. Melikian
                                   AKOP BALTAYAN
                                   Attorney for Defendant
                                   (Signed by Kenneth J. Melikian
                                    per authorization by Akop
                                    Baltayan)


    IT IS SO ORDERED.


 Dated: December 6, 2007

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

2