```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-cr-00411-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| ARA SARGSYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for January 24, 2008, be vacated. The parties further stipulate that a status conference be placed on the court's February 28, 2008, calendar.

The parties are still involved in an effort to negotiate a disposition in this case. The government has been examining various matters at the request of the defense, but needs more time to complete this requested investigation.

///

///

1

1     For these reasons, the parties request that a status
2 conference in this case be scheduled for February 28, 2008.  The
3 parties further agree that time should be excluded through
4 February 28, 2008, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 to allow defense counsel to prepare his case.

7 DATED: January 23, 2008        Very truly yours,

8                                       McGREGOR W. SCOTT
                                      United States Attorney

                            By: /s/ Kenneth J. Melikian
                               KENNETH J. MELIKIAN
                               Assistant U.S. Attorney

DATED: January 23, 2008        /s/ Kenneth J. Melikian
                               AKOP BALTAYAN
                               Attorney for Defendant
                               (Signed by Kenneth J. Melikian
                                per authorization by Akop
                                Baltayan)

    IT IS SO ORDERED.

 Dated: January 25, 2008

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE