McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-00411-MCE |
| Plaintiff, | |
| | STIPULATION; ORDER |
| ARA SARGSYAN, | |
| Defendant. | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for February 28, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's May 1, 2008, calendar.

    The parties are still involved in an effort to negotiate a disposition in this case.  The government has been examining various matters at the request of the defense, but needs more time to complete this requested investigation.

    Further, defense counsel is an accountant, and expects to be quite busy in that capacity from the present time until at least April 15, 2008.

///

1

For these reasons, the parties request that a status conference in this case be scheduled for May 1, 2008. The parties further agree that time should be excluded through May 1, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: February 25, 2008        Very truly yours,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                By: /s/ Kenneth J. Melikian
                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney

DATED: February 25, 2008        /s/ Kenneth J. Melikian
                                   AKOP BALTAYAN
                                   Attorney for Defendant
                                   (Signed by Kenneth J. Melikian
                                   per authorization by Akop
                                   Baltayan)

IT IS SO ORDERED.

Dated: February 27, 2008

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE