```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-00411-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| ARA SARGSYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for May 1, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's June 5, 2008, calendar.

    The parties are still involved in an effort to negotiate a disposition in this case.  The government has been examining various matters at the request of the defense, but needs more time to complete this requested investigation.

    For this reasons, the parties request that a status conference in this case be scheduled for June 5, 2008.  The parties further agree that time should be excluded through June 5,

1

2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: April 22, 2008          Very truly yours,

                                    McGREGOR W. SCOTT
                                    United States Attorney

By: /s/ Kenneth J. Melikian
    KENNETH J. MELIKIAN
    Assistant U.S. Attorney

DATED: April 22, 2008          /s/ Kenneth J. Melikian
                                    AKOP BALTAYAN
                                    Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
                                     per authorization by Akop
                                     Baltayan)

    IT IS SO ORDERED.

Dated: April 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2