McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-00411-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| ARA SARGSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for June 5, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's August 28, 2008, calendar.

    The parties are still involved in an effort to negotiate a disposition in this case.  The government has been examining various matters at the request of the defense, but needs more time to complete this requested investigation.  Additionally, defense counsel is scheduled to start a complex jury trial in early July.  Because his client will not waive time, defense counsel will be preparing for that trial exclusively until it starts in July.

1

1      For these reasons, the parties request that a status
2 conference in this case be scheduled for August 28, 2008.  The
3 parties further agree that time should be excluded through August
4 28, 2008, from computation under the Speedy Trial Act pursuant to
5 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow
6 defense counsel to prepare his case.
7 DATED: May 30, 2008                Very truly yours,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                  By: /s/ Kenneth J. Melikian
                                     KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

13 DATED: May 30, 2008                /s/ Kenneth J. Melikian
                                     AKOP BALTAYAN
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
                                      per authorization by Akop
                                      Baltayan)

18      IT IS SO ORDERED.

   Dated: June 2, 2008

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE