McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-411 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| ARA SARGSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for August 28, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's September 11, 2008, calendar.

The parties are still involved in an effort to negotiate a disposition in this case.  They are cautiously optimistic that they will succeed soon.  But, defense counsel has a short vacation planned that will prevent him from appearing in court on August 28th.  As such, both parties are requesting that the status conference be continued to September 11th.

///

1

1   For these reasons, the parties request that a status
2 conference in this case be scheduled for September 11, 2008.  The
3 parties further agree that time should be excluded through
4 September 11, 2008, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 to allow defense counsel to prepare his case.

7 DATED: July 8, 2008                 Very truly yours,

8                                     McGREGOR W. SCOTT
                                      United States Attorney

                                    By:/s/ Kenneth J. Melikian
                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

13 DATED: July 8, 2008                 /s/ Kenneth J. Melikian
                                       AKOP BALTAYAN
                                       Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
                                        per authorization by Akop
                                        Baltayan)

18      IT IS SO ORDERED.

   Dated: July 22, 2008

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

2