```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
5
6
7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-411 MCE |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION; ORDER |
|  | ) |  |
| ARA SARGSYAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for September 11, 2008, be vacated. The parties further stipulate that a status conference be placed on the court's October 9, 2008, calendar.

The parties are still involved in an effort to negotiate a disposition in this case. They are cautiously optimistic that they will succeed soon. The government has been examining various matters at the request of the defense, but needs more time to complete this requested investigation.

For these reasons, the parties request that a status conference in this case be scheduled for October 9, 2008. The

1

parties further agree that time should be excluded through October 9, 2008, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: September 9, 2008                Very truly yours,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                    By: /s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

DATED: September 9, 2008                /s/ Kenneth J. Melikian
                                        AKOP BALTAYAN
                                        Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
                                         per authorization by Akop
                                         Baltayan)

   IT IS SO ORDERED.

 Dated: September 10, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE