1 | McGREGOR W. SCOTT
United States Attorney
2 | KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, Ca.  95814
4 | Telephone:  (916) 554-2700

5

6

7        IN THE UNITED STATES DISTRICT COURT FOR THE

8             EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,   )  CR. NO. S-05-00411 MCE
                   )
12 |          Plaintiff,   )
                   )  STIPULATION; ORDER
13 |                )
                   )
14 | ARA SARGSYAN,       )
                   )
15 |         Defendant.  )
_____)
16

17     Defendant Ara Sargsyan, through Akop Baltayan, Attorney At

18 Law, and the United States of America, through Assistant U.S.

19 Attorney Kenneth J. Melikian, agree that the status conference

20 scheduled for October 9, 2008, be vacated.  The parties further

21 stipulate that a status conference be placed on the court's

22 December 4, 2008, calendar.

23     The parties are still involved in an effort to negotiate a

24 disposition in this case.  They are cautiously optimistic that

25 they will succeed soon.  The government has been examining various

26 matters at the request of the defense, but needs more time to

27 complete this requested investigation.

28     For these reasons, the parties request that a status

1

1 | conference in this case be scheduled for December 4, 2008.  The

2 | parties further agree that time should be excluded through

3 | December 4, 2008, from computation under the Speedy Trial Act

4 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order

5 | to allow defense counsel to prepare his case.

6 | DATED: October 7, 2008                Very truly yours,

7 |                                       McGREGOR W. SCOTT
  |                                       United States Attorney

8 |
  |                                       /s/ Kenneth J. Melikian

9 |
  |                                       By
10|                                          KENNETH J. MELIKIAN
  |                                       Assistant U.S. Attorney

11|

12| DATED: October 7, 2008                /s/ Kenneth J. Melikian
  |                                       AKOP BALTAYAN
13|                                       Attorney for Defendant
  |                                       (Signed by Kenneth J. Melikian
14|                                        per authorization by Akop
  |                                        Baltayan)

15|

16|                                   **ORDER**

17|      IT IS SO ORDERED.

18|

19|
  |  Dated: October 9, 2008

20|

21|                                   _____

22|                                   MORRISON C. ENGLAND, JR.
  |                                   UNITED STATES DISTRICT JUDGE

23|

24|

25|

26|

27|

28|