McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:05-cr-00411-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| ARA SARGSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant Ara Sargsyan, through Akop Baltayan, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for December 4, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's February 26, 2009, calendar.

    The parties are still involved in an effort to negotiate a disposition in this case.  Mr. Baltayan, however, is starting a jury trial in Southern California which will make him unavailable to travel to Sacramento on December 4th.  Additionally, Mr. Baltayan has other jury trials scheduled in Southern California during December and January which necessitate continuing the status conference in the instant case until February.

For these reasons, the parties request that a status conference in this case be scheduled for February 26, 2009.  The parties further agree that time should be excluded through February 26, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: December 1, 2008            Very truly yours,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Kenneth J. Melikian

                                            By
                                              KENNETH J. MELIKIAN
                                            Assistant U.S. Attorney

DATED: December 1, 2008            /s/ Kenneth J. Melikian
                                            AKOP BALTAYAN
                                            Attorney for Defendant
                                            (Signed by Kenneth J. Melikian
                                             per authorization by Akop
                                             Baltayan)

   IT IS SO ORDERED.

Dated: December 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE