```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
5
6
7            IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9
10
11 UNITED STATES OF AMERICA,    )   CR. NO. 2:05-cr-00411 MCE
                                )
12              Plaintiff,      )
                                )   STIPULATION; ORDER
13                              )
   ARA SARGSYAN,                )
14                              )
                Defendant.      )
15 _____)
```

16      Defendant Ara Sargsyan, through Akop Baltayan, Attorney At
17 Law, and the United States of America, through Assistant U.S.
18 Attorney Kenneth J. Melikian, agree that the status conference
19 scheduled for February 26, 2009, be vacated.  The parties further
20 stipulate that a status conference be placed on the court's
21 April 30, 2009, calendar.

22      The parties are still involved in an effort to negotiate a
23 disposition in this case.  Work still needs to be done, however.
24 Additionally, Mr. Baltayan is an accountant who is entering his
25 busy season.

26      For these reasons, the parties request that a status
27 conference in this case be scheduled for April 30, 2009.  The
28 parties further agree that time should be excluded through

1

April 30, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: February 24, 2009           Very truly yours,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

DATED: February 24, 2009           /s/ Kenneth J. Melikian
                                        AKOP BALTAYAN
                                        Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
                                         per authorization by Akop
                                         Baltayan)

    IT IS SO ORDERED.

Dated: February 25, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE