```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-05-00411 MCE
                                 )
12            Plaintiff,         )
                                 )  STIPULATION; ORDER
13                               )
    ARA SARGSYAN,                )
14                               )
              Defendant.         )
15  _____)
```

16      Defendant Ara Sargsyan, through Akop Baltayan, Attorney At

17 Law, and the United States of America, through Assistant U.S.

18 Attorney Kenneth J. Melikian, agree that the status conference

19 scheduled for April 30, 2009, be vacated.  The parties further

20 stipulate that a status conference be placed on the court's

21 June 25, 2009, calendar.

22      The parties are still involved in an effort to negotiate a

23 disposition in this case.  And, as Mr. Melikian is departing from

24 the U.S. Attorney's Office, a new AUSA will have to familiarize

25 himself or herself with the case before he or she can start

26 negotiations.

27      For these reasons, the parties request that a status

28 conference in this case be scheduled for June 25, 2009.  The

parties further agree that time should be excluded through June 25, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: April 28, 2009

Very truly yours,

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Kenneth J. Melikian

By
  KENNETH J. MELIKIAN
Assistant U.S. Attorney

DATED: April 28, 2009

/s/ Kenneth J. Melikian
AKOP BALTAYAN
Attorney for Defendant
(Signed by Kenneth J. Melikian
 per authorization by Akop
 Baltayan)

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE