1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:05-cr-00411 MCE |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS INDICTMENT; |
| ARA SARGASYAN, | PROPOSED ORDER |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:05-cr-00412 MCE |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS INDICTMENT; |
| EDUARD GHAZARYAN, | PROPOSED ORDER |
| Defendant. | |

The United States, by and through its undersigned attorneys, hereby moves to dismiss with prejudice the two above-captioned matters, <u>United States v. Sargasyan</u> and <u>United States v. Ghazaryan</u>.  The matters had been related before this Court.

The two cases were indicted on October 5, 2005, alleging criminal conduct occurring in 2002.  At the time of indictment, the United States had a readily provable case.  However, with

the lengthy passage of time, elderly witnesses have died and the proof of the alleged health care fraud has deteriorated to such an extent that it would not be in the interest of justice to continue the prosecutions.

The United States has had discussions with counsel for Mr. Sargasyan throughout the pendency of this case, and the case had been transferred to another assistant U.S. attorney so that the matter could be resolved more expeditiously. Unfortunately, a speedy resolution did not occur. The undersigned has reviewed the matter again, has spoken with defense counsel regarding defenses and proof, and weighed the current circumstances of the case. Following that evaluation, the United States determined that it would be in the interests of justice to dismiss the charge of Health Care Fraud against Mr. Sargasyan in case number 2:05-cr-00411 MCE.

Defendant Ghazaryan has never appeared before this Court and his warrant is still outstanding. For consistency and because the testimonial evidence against Mr. Ghazaryan is similarly unavailable, the United States determines that it would be in the interests of justice to dismiss the charge of Health Care Fraud against Mr. Ghazaryan in case number 2:05-cr-00412 MCE, and request that the arrest warrant be withdrawn.

For the reasons set forth above, the United States suggests that good cause has been shown to necessitate the dismissal of both cases.

DATED: May 13, 2009            LAWRENCE G. BROWN
                               Acting United States Attorney

                          By:  /s/ Ellen V. Endrizzi

                               ELLEN V. ENDRIZZI
                               Assistant U.S. Attorney

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARA SARGASYAN,<br><br>    Defendant. | No. 2:05-cr-00411 MCE<br><br><br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDUARD GHAZARYAN,<br><br>    Defendant. | No. 2:05-cr-412 MCE<br><br><br><br>**ORDER** |

    Good cause having been shown, the United States' Motion to Dismiss Indictment in related cases <u>United States v. Sargasyan</u>, 2:05-cr-00411 MCE, and <u>United States v. Ghazaryan</u>, 2:05-cr-00412 MCE, is GRANTED. The dismissals are with prejudice.

    Further, the arrest warrant against Eduard Ghazaryan is to be withdrawn.

    IT IS SO ORDERED.

Dated: May 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE